April 14, 1977.

M. P. No. 76-165. WILLIAM D. MELLO *v.* SUPERIOR COURT *et al.* The petition of William D. Mello for reargument is denied. Bevilacqua, C. J., not participating. *William F. Reilly*, Public Defender, *Edward J. Mulligan, Barbara Hurst*, Asst. Public Defenders, for plaintiff. *Julius C. Michaelson*, Attorney General, *Gregory L. Benik*, Special Asst. Attorney General, for defendants.

M. P. No. 76-241. DONALD A. DEMERS, JR. *v.* JAMES W. MULLEN, *Warden*. The order of June 24, 1976 consolidating this case with the case of *Mello* v. *Superior Court*, 116 R.I. 944, 359 A.2d 710 (1976), is hereby vacated.

The petitioner is ordered to *show cause*, by filing a memorandum within 20 days of this order, why his case should not be dismissed as moot in light of this court's opinion in *Mello* v. *Superior Court*, No. 76-165-M.P., (R.I., filed Feb. 18, 1977). Bevilacqua, C. J., not participating. *Robert B. Mann*, for petitioner. *Julius C. Michaelson*, Attorney General, for respondent.

M. P. No. 76-318. CHARLES E. MALONEY *v.* HUGH HULSLANDER *et al.* The respondent's motion to dismiss the petition for certiorari is granted. Bevilacqua, C. J., not participating. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle*, for plaintiff-respondent. *Macioci and Grimm, E. Paul Grimm*, for defendants-petitioners.